NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3005

KAREN T. KING-ELLIS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board I n DA0752090005-I-1.

ON MOTION

## O R D E R

Karen T. King-Ellis moves for a 21-day extension of time, until January 27, 2010, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Morris E. Fischer, Esq.
Michael Goodman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 3 2010

JAN HORBALY
CLERK